

PROB 12B
(7/93)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'10 FEB 24 A8 :51
JON W. SANFILIPPO
CLERK

# UNITED STATES DISTRICT COURT

for

__Eastern District of Wisconsin__

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender:  Shante Alford                              Case Number:  00-00072-001

Name of Sentencing Judicial Officer:  Lynn Adelman

Date of Original Sentence:  9/19/00

Original Offense:  Count One - Armed Bank Robbery; Count Two - Brandishing a Firearm in Relation to a Crime of Violence

Original Sentence:  Count One - 46 months imprisonment; Count Two - 84 months imprisonment, consecutive for a total of 130 months. Five years supervised release each count, concurrent, for a total of five years.

Type of Supervision:  Supervised Release        Date Supervision Commenced:  12/24/09

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

To hold in abeyance the balance of the condition requiring residence for the first 120 days in a community correctional center upon the first available vacancy and to obey the rules of that facility.

### CAUSE

Mr. Alford has now fulfilled the final step for his reintegration, that being obtaining residence. The previous steps involved obtaining employment and income, being linked to mental health services, and drug testing services. He is not in need of further community correctional center services. Therefore, we respectfully recommend the balance of the 120 day community correctional center placement be held in abeyance.

Deputy U. S. Attorney William J. Lipscomb concurs with this recommendation. As this proposed modification is favorable to Mr. Alford, a waiver is not attached.

Respectfully submitted,

Frederic T. Robinson
U. S. Probation Officer

Date: February 18, 2010

FTR/jls

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☒ The balance of the 120 day community correctional center condition be held in abeyance.

Lynn Adelman
U. S. District Judge

Feb. 19, 2010
Date